# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

Michelle Marie Mendoza,

Plaintiff,

v.

Carolyn Colvin, ACTING
COMMISIONER OF SOCIAL
SECURTY,

Defendant.

Case No.   2:24-cv-03914-MCS-ADS

**ORDER FOR STIPULATION FOR
THE AWARD AND PAYMENT OF
ATTORNEY FEES AND
EXPENSES PURSUANT TO THE
EQUAL ACCESS TO JUSTICE
ACT**

Based upon the parties' Stipulation for the Award and Payment of Equal Access

to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the

amount of SIX THOUSAND ONE HUNDRED DOLLARS AND 00/100 ($6,100.00)

as authorized by 28 U.S.C. § 2412 and costs in the amount of FOUR HUNDRED AND

FIVE DOLLARS AND 00/100 ($405.00) under 28 U.S.C. §1920, be awarded subject

to the terms of the Stipulation.

IT IS SO ORDERED.

DATE:    01/03/2025              _____/s/ Autumn D. Spaeth_____
                                HON. AUTUMN D. SPAETH
                                UNITED STATES MAGISTRATE JUDGE